UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALDEN ALEXANDER THOMAS, SR., ) | |
| ) | |
| Petitioner, ) | Case No. CV 13-8015-DSF(AJW) |
| ) | |
| v. ) | |
| ) | JUDGMENT |
| WARDEN, PAUL D. BRAZELTON, ) | |
| et al., ) | |
| ) | |
| Respondents. ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Date: ___12/13/13_____

_____
Dale S. Fischer
United States District Judge